IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATNAEL T. DAGNE, | : | Civil No. 3:23-cv-1531 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| WARDEN CRAIG LOWE, | : | |
| Respondent | : | |

**ORDER**

**AND NOW**, this 18th day of October, 2023, upon consideration of the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 (Doc. 1), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus is **DENIED** without prejudice. (Doc. 1).

2. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge